# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00529-CV

**Corwin McCormick, Appellant**

**v.**

**Green Tree Servicing, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-10-008212, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Corwin McCormick has filed a motion to dismiss his appeal, stating that the parties have agreed to settle their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellant's Motion

Filed: February 10, 2012